## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

     *Plaintiffs*,

v.

CITY OF KEY WEST,

     *Defendant*.

_____/

## JOINT MOTION TO PERMIT CONFERRAL BY VIDEOCONFERENCE

The parties jointly move for leave to hold their scheduling conferral by videoconference, and in support, state:

1.     On May 22, 2026, the Court issued its Order Setting Civil Trial Date and Pretrial Schedule. Therein, the Court ordered the parties to "meet **in person** to confer regarding scheduling" within 21 days. Dkt. No. 7 at 2.

2.     The parties had already scheduled their conferral for June 1, 2026, by videoconference, and plan to meet on that date as required by the Court.

3.     Plaintiffs' lead counsel Nicholas Warren lives in Jacksonville, Florida. Defendant's counsel is in Fort Lauderdale.

4.     Conferring by remote videoconference will allow the parties to avoid unnecessary travel expenses while still ensuring their lead counsel can adequately discuss scheduling and other case management issues as required by the Court. Permitting a remote conference will not prejudice any party or impair the quality of the conferral.

WHEREFORE, the parties respectfully request the Court permit them to hold their scheduling conferral by videoconference.

Respectfully submitted May 22, 2026,

/s/ *Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Michelle M. Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400

/s/ *Hudson C. Gill*
Hudson C. Gill (FBN 15274)
W. Hampton Johnson IV (FBN 98607)
**Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304

1

Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
mmorton@aclufl.org
spast@aclufl.org
dtilley@aclufl.org

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*

(954) 463-0100
hgill@jambg.com
wjohnson@jambg.com

*Counsel for Defendant*