**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

     *Plaintiffs*,

v.

CITY OF KEY WEST,

     *Defendant*.

_____/

**PROPOSED ORDER GRANTING JOINT MOTION TO PERMIT**
**CONFERRAL BY VIDEOCONFERENCE**

     Before the Court is the parties' Joint Motion to Permit Conferral by Videoconference. After careful consideration, the motion is **GRANTED**.

     **DONE AND ORDERED** on May _____, 2026.


                                    _____
                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record