UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cv-10040-JEM

NICOLE SOHN, LINDA BAGLEY-SOHN,
and BAGLEY-SOHN TRUST 04/23/2021,

      Plaintiffs,

vs.

CITY OF KEY WEST,

      Defendant.

_____/

## DEFENDANT, CITY OF KEY WEST'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant, CITY OF KEY WEST ("City"), by and through its undersigned counsel, requests entry of an order granting the City a 14-day extension of time to respond to the Complaint (ECF No. 1) filed by the Plaintiffs, NICOLE SOHN, LINDA BAGLEY-SOHN, and BAGLEY-SOHN TRUST 04/23/2021, and in support states:

1.      On May 7, 2026, the Plaintiffs served their one-count Complaint on the City asserting a claim under the First Amendment.   ECF No. 1.

2.      Under the applicable rules of procedure, the City's response to the Amended Complaint is due on May 28, 2026.

3.      The undersigned attorneys for the City were only recently retained and need additional time to analyze the Complaint and draft a comprehensive response.   In addition, lead counsel for the City (Hudson C. Gill, Esq.) is in the process of preparing for a two-day administrative hearing on June 2 and 3, 2026, in *Jeudy v. School Board of Broward County*, Case

1

No. 26-1230 (Fla. D.O.A.H.) and for drafting a response to petition for writ of certiorari due June 10, 2026, in *CRH-YLM 900, LLC, v. City of Key West*, 25-AP-015-K (Fla. 16th Jud. Cir.). Preparing for the hearing and drafting the response along with intervening Memorial Day Holiday has impacted the City's ability to draft its response before the May 28, 2026, deadline.

4.      As a result, the City requests a 14-day extension of time to respond to the Complaint.  A 14-day extension will give the City sufficient time to complete its review and to draft a response that addresses the Complaint in a manner that best assists the Court.

5.      "When an act . . . must be done within a specified time," this Court may extend that time "for good cause." Fed. R. Civ. P. 6(b). The City submits that the reasons set forth above constitute good cause to extend the City's deadline to respond to the Complaint.

6.      **Local Rule 7.1(a)(3) Certificate**: the undersigned attorney for the Defendant (Hudson C. Gill, Esq.) conferred with the attorney for the Plaintiffs (Nicholas Warren, Esq.) and can advise that the Plaintiffs do not oppose the relief sought in this motion.

**WHEREFORE**, Defendant, CITY OF KEY WEST, requests entry of an order granting the City a 14-day extension of time to respond to the Complaint (ECF No. 1) filed by the Plaintiffs, NICOLE SOHN, LINDA BAGLEY-SOHN, and BAGLEY-SOHN TRUST 04/23/2021, together with such additional relief the Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
*Counsel for Defendant City of Key West*
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Telephone: 954-463-0100

BY*: /s/Hudson C. Gill*
　　　Hudson C. Gill
　　　Florida Bar No. 15274
　　　W. Hampton Johnson, IV
　　　Florida Bar No. 98607

3

## SERVICE LIST

Nicholas L.V. Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Counsel for Plaintiff*

Nicholas L.V. Warren, Esq.
Samantha J. Past, Esq.
Michelle M. Morton, Esq.
Daniel B. Tilley, Esq.
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
spast@aclufl.org
mmorton@aclufl.org
dtilley@aclufl.org
*Counsel for Plaintiff*

Reid Levin, Esq.
Reid Levin, PLLC
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com
*Counsel for Plaintiff*

Ashley N. Sybesma, Esq.
Wayne LaRue Smith, Esq.
The Smith Law Firm
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com
*Counsel for Plaintiff*

4

Hudson C. Gill, Esq.
hgill@jambg.com
cardona@jambg.com
ostreumke@jambg.com
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
954-463-0100
*Counsel for Defendant*