**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

     *Plaintiffs*,

v.

CITY OF KEY WEST,

     *Defendant*.

_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

In accordance with this Court's Order Setting Civil Trial Date and Pretrial Schedule (Dkt. No. 7 at 3–4), Plaintiffs list the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including the parties and counsel who have appeared, and the reason why such person or entity has a financial interest in the outcome of this case:

1. Nicole Sohn: plaintiff and trustee of plaintiff Bagley-Sohn Trust 04/23/2021
2. Linda Bagley-Sohn: plaintiff and trustee of plaintiff Bagley-Sohn Trust 04/23/2021
3. Bagley-Sohn Trust 04/23/2021: plaintiff
4. ACLU Foundation of Florida: plaintiffs' law firm
5. Reid Levin, PLLC: plaintiffs' law firm
6. The Smith Law Firm: plaintiffs' law firm
7. Nicholas L.V. Warren: plaintiffs' counsel
8. Samantha J. Past: plaintiffs' counsel
9. Michelle M. Morton: plaintiffs' counsel
10. Daniel B. Tilley: plaintiffs' counsel
11. Reid Levin: plaintiffs' counsel
12. Leylany Rodriguez: plaintiffs' counsel
13. Ashley N. Sybesma: plaintiffs' counsel
14. Wayne LaRue Smith: plaintiffs' counsel
15. City of Key West: defendant
16. Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA: defendant's law firm

1

17. Hudson C. Gill: defendant's counsel

18. William H. Johnson, IV: defendant's counsel

Further, in accordance with FRCP 7.1, Plaintiff Bagley-Sohn Trust 04/23/2021 states that it has no parent corporation and has no stock.

Respectfully submitted June 2, 2026,

_/s/ Nicholas L.V. Warren_
Nicholas L.V. Warren (FBN 1019018)
Samantha J. Past (FBN 1054519)
Michelle M. Morton (FBN 81975)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
spast@aclufl.org
mmorton@aclufl.org
dtilley@aclufl.org

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*