**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

   *Plaintiffs*,

v.

CITY OF KEY WEST,

   *Defendant*.

_____/

## <u>ELECTION TO JURISDICTION BY A UNITED STATES</u>
## <u>MAGISTRATE JUGDE FOR FINAL DISPOSITION OF MOTIONS</u>

In accordance with the provisions of 28 U.S.C. § 636(e), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | | |
|---|---|---|---|---|
| 1. | Motions for Costs | Yes _____ | No ✓ |
| 2. | Motions for Attorney's Fees | Yes _____ | No ✓ |
| 3. | Motions for Sanctions | Yes _____ | No ✓ |
| 4. | Motions to Dismiss | Yes _____ | No ✓ |
| 5. | Motions for Summary Judgment | Yes _____ | No ✓ |
| 6. | Discovery | Yes ✓ | No _____ |
| 7. | Other (specify) _____ | | |

Respectfully submitted June 11, 2026,

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Michelle M. Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
mmorton@aclufl.org
spast@aclufl.org
dtilley@aclufl.org

/s/ Hudson C. Gill
Hudson C. Gill (FBN 15274)
W. Hampton Johnson IV (FBN 98607)
**Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100
hgill@jambg.com
wjohnson@jambg.com

*Counsel for Defendant*

1

2

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*