**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

     *Plaintiffs*,

v.

CITY OF KEY WEST,

     *Defendant*.

_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO MOTION TO DISMISS**

Plaintiffs seek an 11 -day extension of time to **July 6, 2026**, respond to Defendant's Motion to Dismiss (ECF No. 13), and state in support:

1.    Plaintiffs filed their Complaint on May 7, 2026. (ECF No. 1.)

2.    On May 26, Defendant sought an unopposed 14-day extension to respond to the Complaint, which the Court granted the same day. (ECF Nos. 10, 11.)

3.    Defendant filed its Motion to Dismiss on June 11. (ECF No. 13.) Plaintiffs' response is due June 25.

4.    Plaintiffs seek an extension of that deadline to July 6, 2026. Multiple of Plaintiffs' counsel have scheduling conflicts and time-sensitive discovery matters in other cases over the next few weeks. A modest extension will permit Plaintiffs to adequately brief the issues raised in Defendant's Motion in a manner that best assists the Court in resolving it.

5.    This extension is not sought for the purpose of delay, and will prejudice no party.

6.    **Certificate of Conferral:** Plaintiffs' counsel conferred with counsel for Defendant, who does not oppose the relief requested.

WHEREFORE, Plaintiffs respectfully request an extension of time to **July 6, 2026**, to respond to Defendant's Motion to Dismiss.

Respectfully submitted June 15, 2026,

/s/ Nicholas L.V. Warren
Nicholas L.V. Warren (FBN 1019018)
Samantha J. Past (FBN 1054519)
Michelle M. Morton (FBN 81975)
Daniel B. Tilley (FBN 102882)

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488

1

**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
spast@aclufl.org
mmorton@aclufl.org
dtilley@aclufl.org

(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*

2