**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

     *Plaintiffs*,

v.

CITY OF KEY WEST,

     *Defendant*.

_____/

**PROPOSED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to File Response to Motion to Dismiss. After careful consideration, the Motion is **GRANTED**. Plaintiffs shall respond to the Motion to Dismiss by **July 6, 2026**.

**DONE AND ORDERED** on June _____, 2026.

_____

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

1