**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

     *Plaintiffs*,

v.

CITY OF KEY WEST,

     *Defendant*.

_____/

## JOINT NOTICE OF MEDIATOR SELECTION

     The parties give notice that they have selected Judge James R. Wolf (retired) as mediator.

The mediation is scheduled for 10:30 AM on October 5, 2026.

Respectfully submitted June 17, 2026,

| | |
|---|---|
| /s/ *Nicholas L.V. Warren* | /s/ *Hudson C. Gill* |
| Nicholas L.V. Warren (FBN 1019018) | Hudson C. Gill (FBN 15274) |
| Michelle M. Morton (FBN 81975) | W. Hampton Johnson IV (FBN 98607) |
| Samantha J. Past (FBN 1054519) | **Johnson, Anselmo, Murdoch,** |
| Daniel B. Tilley (FBN 102882) | **Burke, Piper & Hochman, P.A.** |
| **ACLU Foundation of Florida** | 2455 East Sunrise Boulevard, Suite 1000 |
| 4343 West Flagler Street, Suite 400 | Fort Lauderdale, FL 33304 |
| Miami, FL 33134 | (954) 463-0100 |
| (786) 363-1769 | hgill@jambg.com |
| nwarren@aclufl.org | wjohnson@jambg.com |
| mmorton@aclufl.org | |
| spast@aclufl.org | *Counsel for Defendant* |
| dtilley@aclufl.org | |

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029

1

ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*