UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cv-10040-JEM

NICOLE SOHN, LINDA BAGLEY-SOHN,
and BAGLEY-SOHN TRUST 04/23/2021,

      Plaintiffs,

vs.

CITY OF KEY WEST,

      Defendant.

_____/

## DEFENDANT, CITY OF KEY WEST'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant, CITY OF KEY WEST ("City"), by and through its undersigned counsel, requests entry of an order granting the City a 7-day extension of time from its current deadline to file its Reply in Support of the City's Motion to Dismiss (ECF No. 13), and in support states:

1. On July 6, 2026, the Plaintiffs served their Response in Opposition to City's Motion to Dismiss.   ECF No. 18.

2. Under the applicable rules of procedure, the City's Reply in Support of its Motion to Dismiss is due on July 13, 2026.

3. Due to the press of business for undersigned counsel and a recent out-of-town jury trial, as well as lead counsel for the City, Hudson C. Gill, being out of state on a pre-planned family vacation, additional time is needed to prepare the City's Reply memorandum.

4. As a result, the City requests a 7-day extension of time from its current deadline to file its Reply in support of its Motion to Dismiss.

1

5.     "When an act . . . must be done within a specified time," this Court may extend that time "for good cause." Fed. R. Civ. P. 6(b). The City submits that the reasons set forth above constitute good cause to extend the City's deadline to file its Reply.

6.     **Local Rule 7.1(a)(3) Certificate**: the undersigned attorney for the Defendant (W. Hampton Johnson IV, Esq.) conferred with the attorney for the Plaintiffs (Nicholas Warren, Esq.) and can advise that the Plaintiffs do not oppose the relief sought in this motion.

**WHEREFORE**, Defendant, CITY OF KEY WEST, requests entry of an order granting the City a 7-day extension of time from its current deadline to file its Reply in support of its Motion to Dismiss (ECF No. 13), together with such additional relief the Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 10th day of July, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
*Counsel for Defendant City of Key West*
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Telephone: 954-463-0100

BY*: /s/W. Hampton Johnson IV*
Hudson C. Gill
Florida Bar No. 15274
W. Hampton Johnson, IV
Florida Bar No. 98607

3

## SERVICE LIST

Nicholas L.V. Warren
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
*Counsel for Plaintiff*

Nicholas L.V. Warren, Esq.
Samantha J. Past, Esq.
Michelle M. Morton, Esq.
Daniel B. Tilley, Esq.
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
spast@aclufl.org
mmorton@aclufl.org
dtilley@aclufl.org
*Counsel for Plaintiff*

Reid Levin, Esq.
Reid Levin, PLLC
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com
*Counsel for Plaintiff*

Ashley N. Sybesma, Esq.
Wayne LaRue Smith, Esq.
The Smith Law Firm
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com
*Counsel for Plaintiff*

Hudson C. Gill, Esq.
hgill@jambg.com
cardona@jambg.com
ostreumke@jambg.com
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
954-463-0100
*Counsel for Defendant*