**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

*Plaintiffs*,

v.

CITY OF KEY WEST,

*Defendant*.
______________________________/

**JOINT MOTION TO EXTEND DEADLINES**

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rules 7.1(a)(1)(J) and 7.6 of the United States District Court for the Southern District of Florida, the parties jointly move to extend the deadline to complete discovery, related case deadlines, and the trial date. In support, the parties state as follows:

1. Plaintiffs filed this case on May 7, 2026, alleging that the City of Key West violated the First Amendment by selectively enforcing its municipal code against them based on their expression's content and viewpoint. ECF No. 1. The City moved to dismiss on June 11, and the pleadings remain open. ECF No. 13.

2. On May 21, the Court set a trial date and pretrial schedule. Trial witness lists are due September 23, the discovery deadline is September 30, and trial is set for the January 25, 2027 trial period. ECF No. 7 at 1, 6.

3. The parties have been diligently pursuing discovery. On June 5, Plaintiffs served 33 requests for production, to which the City responded on July 20. The City began on rolling production on the same date, and is continuing to search, produce responsive documents, and log documents over which it asserts privilege. To date, the City has produced over 800 code enforcement and Historic Preservation Division property files and hundreds of emails. The City served requests for production and interrogatories on July 1, to which Plaintiffs responded and produced all responsive documents on July 31. While the City's document production is still ongoing, the parties have discussed scheduling depositions for City code enforcement staff beginning in late September or early October.

4. The parties require additional time to produce responsive documents, review them, take depositions, and propound additional discovery that could be helpful both in discovering

relevant information and in streamlining the parties' trial presentations.

5. The parties therefore request a 79-day extension to complete discovery, and that other case deadlines be extended as follows:

- **12-11-2026: Deadline to exchange trial witness lists**
- **12-18-2026: Deadline to complete discovery**
- **12-28-2026: Deadline to complete mediation**
- **1-19-2026: Deadline to file *Daubert*, summary judgment, and other dispositive motions**

6. The parties further request that the trial, calendar call, and pretrial deadlines be postponed, and that they be reset for as soon after a new dispositive motion deadline as the Court's schedule permits.

7. The Court may for "good cause" modify the case schedule. FRCP 16(b)(4). District courts have "broad discretion in deciding how best to manage the cases before them." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (internal marks omitted).

8. This extension is sought in good faith and not for purposes of delay. The parties have shown good cause to extend the case deadlines as requested, to afford them adequate time to engage in discovery and prepare their cases before trial.

**WHEREFORE**, the parties respectfully the case deadlines be extended as outlined above.

Respectfully submitted August 25, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Michelle M. Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
mmorton@aclufl.org
spast@aclufl.org
dtilley@aclufl.org

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**

*/s/ Hudson C. Gill*
Hudson C. Gill (FBN 15274)
W. Hampton Johnson IV (FBN 98607)
**Johnson, Anselmo, Murdoch,**
**Burke, Piper & Hochman, P.A.**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100
hgill@jambg.com
wjohnson@jambg.com

*Counsel for Defendant*

P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*