UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-cv-10040-JEM

NICOLE SOHN, et al,

Plaintiffs,

vs.

CITY OF KEY WEST,

Defendant.

______________________________/

**DECLARATION OF HUDSON C. GILL, ESQ., IN SUPPORT OF JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

I, Hudson C. Gill, Esq., pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury, as follows:

1. I am over eighteen (18) years of age and have personal knowledge of the facts stated herein.

2. I am a partner in the law firm of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., and I represent Defendant, City of Key West, in the above-captioned matter.

3. I submit this declaration in support of the Parties' joint motion to extend pretrial deadlines.

4. The Parties have been diligently working to complete discovery in this case, which has included, among other things, exchanging written discovery. That discovery has included the production of over 800 code enforcement and Historic Preservation Division property files, as well as hundreds of emails produced by the City. The parties are in the process of scheduling the depositions of relevant witnesses.

5. Despite the parties' diligent efforts, I believe the parties will be unable to complete all necessary discovery by the September 30, 2026, discovery cutoff.

6. The parties continue to work together in good faith to coordinate the depositions, and I believe that the requested extension to the discovery deadline will allow the parties to complete discovery.

7. Given the requested extension of the discovery deadline, I also believe that corresponding extensions of the pretrial deadlines including the dispositive motions deadline and a continuance of the trial date will allow the parties to complete discovery, prepare dispositive motions, and prepare the case for trial.

FURTHER DECLARANT SAYETH NAUGHT

Executed on August 25, 2026

Hudson C. Gill