**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ

NICOLE SOHN, *et al.*,

*Plaintiffs*,

v.

CITY OF KEY WEST,

*Defendant*.
_______________________________/

**DECLARATION OF NICHOLAS WARREN IN SUPPORT OF JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

1. I am a senior staff attorney at the ACLU Foundation of Florida, and I represent the Plaintiffs in this case.

2. I submit this declaration in support of the Parties' joint motion to extend pretrial deadlines.

3. The Parties have been diligently working to complete discovery in this case, which has included, among other things, exchanging written discovery, which included the production of over 800 code enforcement and Historic Preservation Division property files and hundreds of emails by the City. The parties are in the process of scheduling the depositions of relevant witnesses; the Plaintiffs are in the process of continuing to review the City's document production to prepare for those depositions.

4. Despite the parties' diligent efforts, I believe the parties will be unable to complete all necessary discovery by the September 30, 2026, discovery cutoff.

5. The parties continue to work together in good faith to coordinate the depositions, and I believe that the requested extension to the discovery deadline will allow the parties to complete discovery.

6. Given the requested extension of the discovery deadline, I also believe that corresponding extensions of the pretrial deadlines—including the dispositive motions deadline and a continuance of the trial date—will allow the parties to complete discovery, prepare dispositive motions, and prepare the case for trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2026

*/s/ Nicholas Warren*
Nicholas Warren