**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ
Case No. 26-cv-10159-MARTINEZ

NICOLE SOHN, *et al.*,

*Plaintiffs*,

v.

CITY OF KEY WEST,

*Defendant*.

______________________/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiffs seek a 14-day extension of time to **October 30, 2026** to respond to Defendant's Motion to Dismiss (ECF No. 29), and state in support:

1. Plaintiffs filed their Amended Consolidated Complaint on September 15, 2026. (ECF No. 26.)

2. On September 24, Defendant sought an unopposed 7-day extension to respond, which the Court granted the same day. (ECF Nos. 27, 28.)

3. Defendant filed its Motion to Dismiss on October 2. (ECF No. 26.) Plaintiffs' response is due October 16.

4. Plaintiffs seek an extension of that deadline to October 30, 2026. The requested extension will permit the parties to continue ongoing settlement negotiations, which may resolve the remaining issues in the case without Court intervention. It will also afford Plaintiffs adequate time to brief the issues raised in Defendant's Motion in a manner that best assists the Court in resolving it.

5. This extension is not sought for the purpose of delay, and will prejudice no party.

6. **Certificate of Conferral:** Plaintiffs' counsel conferred with counsel for Defendant, who does not oppose the relief requested.

**WHEREFORE**, Plaintiffs respectfully request an extension of time to **October 30, 2026**, to respond to Defendant's Motion to Dismiss.

Respectfully submitted October 8, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Samantha J. Past (FBN 1054519)
Michelle M. Morton (FBN 81975)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
spast@aclufl.org
mmorton@aclufl.org
dtilley@aclufl.org

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*