**IN THE UNITED STATES DISTRICT COURT FOR THE**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10040-MARTINEZ
Case No. 26-cv-10159-MARTINEZ

NICOLE SOHN, LINDA BAGLEY-SOHN,
and BAGLEY-SOHN TRUST 04/23/2021,

*Plaintiffs*,

v.

CITY OF KEY WEST,

*Defendant*.
_______________________________________/

**JOINT MOTION FOR STAY AND**
**NOTICE OF TENTATIVE SETTLEMENT**

Plaintiffs, NICOLE SOHN, LINDA BAGLEY-SOHN, and BAGLEY-SOHN TRUST 04/23/2021, and Defendant, CITY OF KEY WEST, by and through their undersigned counsel, hereby provide notice that the parties have reached a tentative settlement and are in the process of finalizing the written settlement documents. The tentative settlement is conditioned upon approval by the Commission for the City of Key West at a public meeting. The parties anticipate the Commission will consider the settlement at its December 10, 2026 meeting.

The parties therefore ask that the case be stayed through December 17, 2026 pending completion of the settlement documents and approval by the City Commission. The parties agree to provide the Court with a status report following the City Commission meeting.

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Michelle M. Morton (FBN 81975)
Samantha J. Past (FBN 1054519)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769

*/s/ Hudson C. Gill*
Hudson C. Gill (FBN 15274)
W. Hampton Johnson IV (FBN 98607)
**Johnson, Anselmo, Murdoch,**
**Burke, Piper & Hochman, P.A.**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100
hgill@jambg.com

nwarren@aclufl.org
mmorton@aclufl.org
spast@aclufl.org
dtilley@aclufl.org

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*

wjohnson@jambg.com

*Counsel for Defendant*