**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-10040-CIV-MARTINEZ**

NICOLE SOHN, *et al.*,

Plaintiffs,

v.

CITY OF KEY WEST,

Defendant.
_____________________________________________/

**ORDER ON NOTICE OF SETTLEMENT**

**THIS CAUSE** came before the Court on the parties' Joint Motion for Stay and Notice of Tentative Settlement, [ECF No. 32], which states that the parties have reached a tentative settlement agreement "conditioned upon approval by the Commission for the City of Key West at a public meeting." Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action) within **sixty (60) days** of the date of this Order.

2. The parties shall file a joint status report within **seven (7) days** of the City Commission meeting on December 10, 2026, addressing whether the settlement agreement was approved.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Miami, Florida, this 30 day of October, 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record